UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>v.<br><br>LG CAPITAL FUNDING, LLC, and<br>JOSEPH I. LERMAN,<br><br>                              Defendants,<br><br>and<br><br>DANIEL GELLMAN,<br>BORUCH GREENBERG, and<br>ELI SAFDIEH,<br><br>                              Relief Defendants. | Civil Action No.<br>1:22-cv-3353-WFK-LKE |

## JOINT STATUS REPORT

Pursuant to this Court's Order dated March 11, 2025 (ECF No. 96), Plaintiff Securities and Exchange Commission, Defendants LG Capital Funding, LLC and Joseph I. Lerman, and Relief Defendants Daniel Gellman, Boruch Greenberg, and Eli Safdieh (collectively, the "Parties"), hereby submit a joint report to update the Court on the status of their efforts to resolve this litigation in full.

The Parties have reached a proposed agreement to resolve this litigation without the need for further litigation or Court involvement. The proposed resolution is subject to a formal vote of the SEC's Commissioners, which the SEC's undersigned counsel anticipates will be completed on or around May 1, 2025. Accordingly, on or before May 9, 2025, the Parties anticipate filing papers with the Court that reflect the terms of their agreed resolution. If the Parties cannot finalize their resolution by then, the Parties will submit another joint status report on or before May 9, 2025.

For these reasons, the Parties respectfully ask that the Court continue the stay, with a requirement that the Parties file another joint status report on May 9, 2025, if the Parties have not filed papers resolving this litigation by that date.

Respectfully submitted,

Dated: April 21, 2025     By:  */s/Suzanne J. Romajas*

Suzanne J. Romajas
Brian Fitzsimons
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549
Tel: 202-551-4473
Email: RomajasS@sec.gov

*Attorney for Plaintiff*

Dated: April 21, 2025     By:  */s/Ernest Edward Badway (with permission)*

Ernest Edward Badway
Thompson Hine LLP
300 Madison Ave., 27th Fl.
New York, NY 10017
Tel: 212-908-3916
Email: Ernest.Badway@thompsonhine.com

*Attorney for Defendants LG Capital and Lerman and Relief Defendants Gellman and Greenberg*

Dated: April 21, 2025     By:  */s/Dillon McGuire (with permission)*

Jerome M. Selvers
Dillon McGuire
Pashman Stein Walder Hayden PC
21 Main Street, Ste. 200
Hackensack, NJ 07601
Tel: 201-488-8200
Email: Jselvers@pashmanstein.com
Email: DMcguire@pashmanstein.com

*Attorney for Relief Defendant Safdieh*