UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>                             **Plaintiff,**<br><br>v.<br><br>**LG CAPITAL FUNDING, LLC, and**<br>**JOSEPH I. LERMAN,**<br><br>                             **Defendants,**<br><br>and<br><br>**DANIEL GELLMAN,**<br>**BORUCH GREENBERG, and**<br>**ELI SAFDIEH,**<br><br>                             **Relief Defendants.** | Civil Action No.<br>1:22-cv-3353-WFK-LKE |

## JOINT STATUS REPORT

Pursuant to this Court's Order dated April 22, 2025 (ECF No. 98), Plaintiff Securities and Exchange Commission, Defendants LG Capital Funding, LLC and Joseph I. Lerman, and Relief Defendants Daniel Gellman, Boruch Greenberg, and Eli Safdieh (collectively, the "Parties"), hereby submit a joint status report to update the Court on the status of their efforts to resolve this litigation in full.

As previously reported (ECF. No. 97), the Parties have reached a proposed agreement to resolve this litigation without the need for further litigation or Court involvement. The proposed resolution, which has been reduced to writing, is subject to formal Commission approval, which could take several more weeks. For these reasons, the Parties respectfully ask that the Court

continue the pending stay, with a requirement that the Parties file another Joint Status Report on July 11, 2025, if the Parties have not filed papers resolving this litigation before that date.

Respectfully submitted,

Dated: May 9, 2025     By: */s/Suzanne J. Romajas*

Suzanne J. Romajas
Brian Fitzsimons
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549
Tel: 202-551-4473
Email: RomajasS@sec.gov

*Attorney for Plaintiff*

Dated: May 9, 2025     By: */s/Ernest Edward Badway (with permission)*

Ernest Edward Badway
Thompson Hine LLP
300 Madison Ave., 27th Fl.
New York, NY 10017
Tel: 212-908-3916
Email: Ernest.Badway@thompsonhine.com

*Attorney for Defendants LG Capital and Lerman and Relief Defendants Gellman and Greenberg*

Dated: May 9, 2025     By: *Jerome M. Selvers (with permission)*

Jerome M. Selvers
Dillon McGuire
Pashman Stein Walder Hayden PC
21 Main Street, Ste. 200
Hackensack, NJ 07601
Tel: 201-488-8200
Email: Jselvers@pashmanstein.com
Email: DMcguire@pashmanstein.com

*Attorney for Relief Defendant Safdieh*